# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0042. CASADAY v. JOHNSTON.**

Upon consideration of the Appellant's Fourth Motion to Extend Time to File Application for Discretionary Appeal in the above styled case, the same is hereby GRANTED in part, which will extend the due date until May 15, 2020.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/13/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*